# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Carmelo J. Amella | § | Case No. 13-26329 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/27/2013 . The undersigned trustee was appointed on 06/27/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $         80,186.24

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 20,046.56 |
   | Bank service fees | 2,447.57 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $         57,692.11

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/27/2016 and the deadline for filing governmental claims was 07/27/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,259.31 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,259.31 , for a total compensation of $ 7,259.31 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 94.49 , for total expenses of $ 94.49 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/31/2018                By: /s/RONALD R. PETERSON
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-26329 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | Carmelo J. Amella | | | | Date Filed (f) or Converted (c): | 06/27/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/13/2013 |
| For Period Ending: | 10/31/2018 | | | | Claims Bar Date: | 07/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Single Family Dwelling 2826 S. Emerald Street Chicago, IL 60<br>**Amount of secured claim includes 2nd mortgage with MetroBank | 92,498.00 | 0.00 | | 0.00 | FA |
| 2. Two Flat 2979 S. Loomis Chicago, IL 60608<br>**Cross collateralized by 2nd mortgage with MetroBank | 71,013.00 | 32,131.08 | | 5,007.38 | FA |
| 3. 3 Units 3622 S. Union Chicago, IL 60609<br>**Cross collateralized by 2nd mortgage with MetroBank | 93,750.00 | 35,806.06 | | 75,178.86 | FA |
| 4. Metro Bank Checking Account | 100.00 | 100.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 6. Wearing apparel | 100.00 | 100.00 | | 0.00 | FA |
| 7. United Brotherhood of Electrical Workers, Local 134 Pension | Unknown | 0.00 | | 0.00 | FA |
| 8. Firearm Owner's Identification Card | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Toyota Tacoma | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 10. 2001 Infiniti QX4 | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 11. Workers' Compensation Claim (July 2012)<br>Permanent Partial Disability<br>Claim # B208060195300001TC | 50,000.00 | 50,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $329,161.00        $139,837.14        $80,186.24        $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018: I am waiting for creditors to file claims in the estate. I would hate to return the money to the debtor.

April 22, 2017:  Using an asset finder, we made a recovery of $60,000 from unclaimed funds from a surplus from a mortgage foreclosure.  I will close the estate in about 90 days.

April 26, 2016.  I have told Nicholas Ballen, my associate attorney, to retain himself to be the Trustee's lawyer.

April 25, 2016.  I discovered a surplus in two real estate foreclosures.  I have already collected $5,000, and am waiting to collect $75,000 more from state court.

This case involves two pieces of real property where the stay was lifted and the mortgage foreclosure proceeded.  For only the second time in my career as a Trustee, there were surpluses in each case.  I have already recovered $5,000 from the first property, but I believe I can get $75,000 from the other property.

Initial Projected Date of Final Report (TFR): 12/30/2016         Current Projected Date of Final Report (TFR): 07/01/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-26329 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Carmelo J. Amella | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8851 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3653 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 10/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/16 | | Clerk of the Circuit Court | Surplus from Foreclsoure Sale | 1110-001 | $5,000.00 | | $5,000.00 |
| 04/11/16 | 2 | Clerk of the Circuit Court | Foreclsoure Surplus | 1110-000 | $5,007.38 | | $10,007.38 |
| 04/11/16 | | Clerk of the Circuit Court | Surplus from Foreclsoure Sale Reversal Wrong amount of deposit | 1110-000 | ($5,000.00) | | $5,007.38 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,997.38 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,987.38 |
| 07/07/16 | 3 | Dorothy Brown, Clerk of the Circuit Court of Cook County Real Estte Surplus Fund Daley Center 60602 | Foreclsoure Surplus 14 CH 6874 | 1110-000 | $75,178.86 | | $80,166.24 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $80,156.24 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.51 | $80,058.73 |
| 08/29/16 | 1001 | Urban asset Recovery Solutions | Professional Fees Asset Finder  Surplus after foreclosure | 2990-001 | | $20,046.56 | $60,012.17 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.01 | $59,893.16 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.02 | $59,778.14 |
| 10/11/16 | 1001 | Urban asset Recovery Solutions | Professional Fees  Reversal Asset Finder  Surplus after foreclosure | 2990-000 | | ($20,046.56) | $79,824.70 |
| 10/17/16 | 1002 | Urban Asset Recovery Solutions, LLC | Asset Finder | 2990-001 | | $20,046.56 | $59,778.14 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $80,186.24    $20,408.10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-26329
Case Name: Carmelo J. Amella
Trustee Name: RONALD R. PETERSON
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8851
Checking

Taxpayer ID No: XX-XXX3653
For Period Ending: 10/31/2018
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/16 | 1002 | Urban Asset Recovery Solutions, LLC | Asset Finder  Reversal Wrong Payee Name | 2990-000 | | ($20,046.56) | $79,824.70 |
| 10/19/16 | 1003 | Urban Asset Recovery | Asset Finder Foreclosed Property with a surplus | 2990-000 | | $20,046.56 | $59,778.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.72 | $59,660.42 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.85 | $59,574.57 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.57 | $59,486.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.45 | $59,397.55 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.76 | $59,317.79 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.19 | $59,229.60 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.22 | $59,144.38 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.92 | $59,056.46 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.97 | $58,971.49 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.69 | $58,883.80 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.54 | $58,796.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $0.00   $981.88

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-26329 | Trustee Name: RONALD R. PETERSON | |
| Case Name: Carmelo J. Amella | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8851 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3653 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 10/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.60 | $58,711.66 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.28 | $58,624.38 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.35 | $58,540.03 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.03 | $58,453.00 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.91 | $58,366.09 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.38 | $58,287.71 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.66 | $58,201.05 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.73 | $58,117.32 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.40 | $58,030.92 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.49 | $57,947.43 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.16 | $57,861.27 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.02 | $57,775.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals:  $0.00  $1,021.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-26329 | Trustee Name: | RONALD R. PETERSON |
| Case Name: Carmelo J. Amella | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX8851 |
| | | Checking |
| Taxpayer ID No: XX-XXX3653 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 10/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.14 | $57,692.11 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $80,186.24 | $22,494.13 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $80,186.24 | $22,494.13 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $80,186.24 | $22,494.13 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-26329 | Trustee Name: | RONALD R. PETERSON |
| Case Name: Carmelo J. Amella | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0292 |
| | | Checking |
| Taxpayer ID No: XX-XXX3653 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 10/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*   Page Subtotals:   $0.00   $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0292 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX8851 - Checking | $80,186.24 | $22,494.13 | $57,692.11 |
|  | $80,186.24 | $22,494.13 | $57,692.11 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $80,186.24 |
| Total Gross Receipts: | $80,186.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*    Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-26329  
Debtor Name: Carmelo J. Amella  
Claims Bar Date: 7/27/2016  

Date: October 31, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $7,259.31 | $7,259.31 |
| 100 2200 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $94.49 | $94.49 |
| 100 3120 | JENNER & BLOCK<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $177.37 | $177.37 |
| 100 3120 | JENNER & BLOCK<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $13,037.00 | $13,037.00 |
| 1 350 7200 | Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, Il 60523 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/01/2017 | $0.00 | $321.13 | $321.13 |
| 2 350 7200 | City Of Chicago<br>121 N. Lasalle St., Suite 400<br>Chicago, Il 60602 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/07/2017 | $0.00 | $6,917.59 | $6,917.59 |
| 3 350 7200 | Byline Bank<br>C/O Robert Wilson<br>180 N. Lasalle St. Ste. 300<br>Chicago, Il 60601 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/18/2017 | $0.00 | $167,943.61 | $167,943.61 |
| 4 350 7200 | Byline Bank<br>C/O Robert Wilson<br>180 N. Lasalle St. Ste. 300<br>Chicago, Il 60601 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/18/2017 | $0.00 | $103,148.82 | $103,148.82 |
| | Case Totals | | | $0.00 | $298,899.32 | $298,899.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-26329
Case Name: Carmelo J. Amella
Trustee Name: RONALD R. PETERSON

Balance on hand $ 57,692.11

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 7,259.31 | $ 0.00 | $ 7,259.31 |
| Trustee Expenses: RONALD R. PETERSON | $ 94.49 | $ 0.00 | $ 94.49 |
| Attorney for Trustee Expenses: JENNER & BLOCK | $ 13,214.37 | $ 0.00 | $ 13,214.37 |

Total to be paid for chapter 7 administrative expenses    $    20,568.17

Remaining Balance    $    37,123.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 278,331.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 13.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $ 321.13 | $ 0.00 | $ 42.83 |
| 2 | City Of Chicago | $ 6,917.59 | $ 0.00 | $ 922.67 |
| 3 | Byline Bank | $ 167,943.61 | $ 0.00 | $ 22,400.40 |
| 4 | Byline Bank | $ 103,148.82 | $ 0.00 | $ 13,758.04 |
| | Total to be paid to tardy general unsecured creditors | | | $ 37,123.94 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE