# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re   CARMELO J. AMELLA,                          )
                                                    )
                                                    )        Bankruptcy No. _____13-26329_____
                                                    )
                                    Debtor.          )        Chapter          _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Jenner & Block LLP_____

Authorized to Provide Professional Services to: _____Ronald R. Peterson, Chapter 7 Trustee_____

Date of Order Authorizing Employment: _____June 2, 2016  (retroactive to November 1, 2015)_____

Period for Which Compensation is Sought:
From _____November 1_____, ____2015____  through _____May 31_____, __2018__

Amount of Fees Sought:    $ 13,037.50 _____

Amount of Expense Reimbursement Sought:   $ 177.37 _____

This is an:        Interim Application _____          Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____April 2, 2019_____          _____/s/ Ronald R. Peterson_____
                                                        (Counsel)

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CARMELO J. AMELLA, | ) | Case No. 13-26329 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing:  May 9, 2019 |
| | ) | 9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, May 9, 2019 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox or any other judge sitting in her stead in Courtroom 680 at the United States Bankruptcy Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Final Fee Application of Jenner & Block LLP, as Counsel for the Trustee, for Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred**. You may appear at that time and place if you see fit.

Respectfully submitted,

RONALD R. PETERSON, not individually but as but as Chapter 7 Case Trustee for the bankruptcy estate of Carmelo J. Amella

By: _____*/s/Ronald R. Peterson*_____
Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381

Dated:  April 2, 2019

## <u>CERTIFICATE OF SERVICE</u>

I, Ronald R. Peterson, an attorney, certify that on Tuesday, April 2, 2019, I caused a copy of the foregoing **Notice of Motion** and the **Final Fee Application of Jenner & Block LLP, as Counsel for the Trustee, for Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred** to be served on each of the parties listed on the attached Service List by the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.



Ronald R. Peterson

## SERVICE LIST

*In re Carmelo J. Amella*

Case No. 13-26329

### VIA ECF NOTIFICATION:

- Robert R Benjamin    rrbenjamin@gct.law,
  mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law;r61390@notify.bestcase.com
- Miranda E Byrd    mbyrd@kpglaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com
- Ronald R Peterson    rpeterson@jenner.com,
  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Toni Townsend    toni.townsend@mccalla.com, northerndistrict@mccalla.com

### VIA U.S. MAIL:

| | |
|---|---|
| Bank of America<br>PO Box 650070<br>Dallas, TX 75265-0070 | Byline Bank<br>c/o Robert Wilson<br>180 North LaSalle Street, Suite 300<br>Chicago, IL 60601-3110 |
| Chicago Community Bank<br>1110 West 35th Street<br>Chicago, IL 60609-1442 | City of Chicago<br>121 North LaSalle Street, Suite 400<br>Chicago, IL 60602-1264 |
| City of Chicago Building Department<br>30 North LaSalle Street, Suite 700<br>Chicago, IL 60602-2503 | City of Chicago Building Department<br>City of Chicago Department of Law<br>30 North LaSalle Street, Suite 700<br>Chicago, IL 60602-2503 |
| City of Chicago Water Department<br>Attn: Billing<br>121 North LaSalle Street, Room 107A<br>Chicago, IL 60602-1232 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | Greentree Servicing LLC<br>Bankruptcy Department<br>P O Box 6154<br>Rapid City, SD 57709-6154 |

Green Tree Servicing LLC
P.O. Box 0049
Palatine, IL 60055-0049

Homesteps Asset Services,
A Unit Of Freddie Mac
5000 Plano Parkway
Carrollton, TX 75010-4902

IndyMac Federal Bank
c/o IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

John Sabbia
439 West 37th Street
Chicago, IL 60609-1714

Lance Levine
3622 South Union
Chicago, IL 60609-1665

Metro Bank as successor to
Chicago Community Bank
3322 South Oak Park
Berwyn, IL 60402-4500

Metro Bank, fka Cit Comm Bank,
 SBM to Chi Comm Bank
c/o Martin & Karcazes
161 North Clark Street, Suite 550
Chicago, IL 60601-3206

Metrobank
3322 South Oak Park
Berwyn, IL 60402-4500

Peoples Gas
P.O. Box 19100
Green Bay, WI 54307-910

State Farm Insurance Support Center
P.O. Box 680001
Dallas, TX 75368-0001

Verliance, Inc.
43525 Ridge Park Drive, Suite 300
Temecula, CA 92590-3682

Robert R. Benjamin
Golan Christie Taglia LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602-4265

Carmelo J. Amella
2826 South Emerald Street
Chicago, IL 60616-2529

Kelley Kuntz
Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL  60527

Robert R. Benjamin
Golan & Christie, LLP
70 West Madison Street, Suite 1500
Chicago, IL  60602

Dawn Amella
2826 South Emerald Avenue
Chicago, IL  60616

North Community Bank
3639 North Broadway
Chicago, IL  60613

John P. Sabbia
439 West 37th Street
Chicago, IL  60609

Dorothy Brown
Clerk of the Circuit Court
Richard J. Daley Center, Room 101
50 West Washington Street
Chicago, IL  60602

Byline Bank
c/o Miranda E. Byrd
Kaplan Papadakis & Gournis, PC
180 North LaSalle Street, Suite 2108
Chicago, IL 60601

Ocwen Loan Servicing, LLC
c/o Andrew J. Nelson
Pierce & Associates
One North Dearborn, Suite 1300
Chicago, IL  60602

Toni Townsend
Pierce & Associates, P.C.
1 North Dearborn Street, Suite 1300
Chicago, IL  60602

Chun H Chan & Sue Chan
2940 South Poplar Avenue
Chicago, IL  60608

Homesteps Asset Services
c/o Toni Townsend
Pierce & Associates
One North Dearborn, Suite 1300
Chicago, IL  60602

Miranda E. Byrd
Kaplan Papadakis
 & Gournis, P.C.
180 North LaSalle Street, Suite 2108
Chicago, IL  60601

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CARMELO J. AMELLA, | ) | Case No. 13-26329 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing:  May 9, 2019 |
| | | 9:30 a.m. |

**FINAL FEE APPLICATION OF JENNER & BLOCK LLP, AS COUNSEL FOR THE TRUSTEE,
FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES INCURRED**

Jenner & Block LLP ("Jenner"), general counsel to Ronald R. Peterson, the chapter 7 trustee (the "Trustee") for the estate of Carmelo J. Amella (the "Debtor"), hereby submits, pursuant to 11 U.S.C. §§ 327, 330, and 331 and the Order Granting Motion to Retain Counsel (the "Jenner Retention Order"),  this final fee application (the "Application") for (a) approval and allowance of compensation in the amount of $13,037.00 for the reasonable and necessary legal services rendered to the Trustee for the period from November 1, 2015 through May 31, 2018 (the "Compensation Period"), and (b) approval and allowance of actual, reasonable and necessary expenses in the amount of $177.37 incurred during the Compensation Period.  In further support of this Application, Jenner respectfully states as follows:

## INTRODUCTION

1.     This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (B).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are sections 328, 330 and 331 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented

by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "UST Guidelines").

## **BACKGROUND**

1.      On June 27, 2013, the Debtor filed a petition for relief under chapter 7 of title 11 of the United States Code (the "Case") (Dkt. 1.)   Thereafter, the United States Trustee for the Northern District of Illinois appointed the Trustee.

2.      On September 17, 2013, the Trustee filed a Report of No Distribution. (Dkt. 13.)

3.       On October 18, 2013, the Trustee received a discharge. (Dkt. 21.) On October 21, 2013, the Trustee was discharged and the case was closed.

4.      On August 13, 2015, the Trustee filed a motion to reopen the Debtor's chapter 7 case, in which the Trustee explained that he received an email from an asset recovery specialist who had located unclaimed assets that were significantly undervalued on the Debtor's bankruptcy schedules. (Dkt. 24.) On August 26, 2015, the Court entered an order reopening the Debtor's chapter 7 case. (Dkt. 25.) On August 28, 2015, the Trustee was reappointed. (Dkt. 26.)

5.      On December 4, 2015, the Trustee filed an application to employ Urban Assets Recovery Solutions, LLC as his asset recovery specialist in the Debtor's chapter 7 case. (Dkt. 42.) On December 15, 2015, the Court entered an order approving the retention of Urban Assets Recovery Solutions, LLC. (Dkt. 43.)

6.      As a result of Urban Assets Recover Solutions, LLC's efforts, the Trustee was able to recover a gross amount of $80,186.24 from the foreclosures surpluses. (See Dkt. 52-2, 52-3.)

7.      On April 25, 2016, the Trustee filed an Initial Report of Assets. (Dkt. 44.)

8.      On May 10, 2016, the Trustee filed an application to retain Jenner as his counsel. (Dkt. 49.) On June 2, 2016, the Court entered an order approving Jenner's retention. (Dkt. 51.)

## PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OR EXPENSES REQUESTED

5.      During the Compensation Period, Jenner professionals rendered 63.5 hours of legal services having a lodestar value of $27,395.50. However, Jenner is only seeking approval and allowance of $13,037.00 in fees and actual and necessary expenses in the amount of $177.37 incurred during the Compensation Period.  Of the aggregate time expended for which Jenner seeks payment, 2.0 hours were expended by partners, 25.0 recorded hours were expended by associates and 3.0 recorded hours were expended by paraprofessionals and project assistants.

6.      During the Compensation Period, Jenner's hourly billing rates for attorneys working on these matters ranged from $315.00 to $1,025.00 per hour.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for attorneys of approximately $445.35.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in a comparable non-bankruptcy cases in a competitive national legal market.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

7.      During the Application Period, partner Ronald R. Peterson, associate Nicholas E. Ballen, and paraprofessionals Toi D. Hooker and Monica Segura worked on this matter.  Jenner's fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in a case not under the Bankruptcy Code.

8.      During the Application Period, Jenner attorneys and paraprofessionals rendered services related to, *inter alia*, the settlement of a dispute regarding real property owned by the estate, the distribution of surplus funds, the turnover of foreclosure sale proceeds, the retention and compensation of professionals, reviewing claims filed against the estate, and appearing in court on behalf of the Trustee.

9.      Jenner maintains computerized records of the time spent by all attorneys and paraprofessionals and the expenses incurred in connection with the representation of the Trustee in the Cases.  Copies of these computerized records are attached hereto as <u>Exhibit A</u>.

10.     Attached hereto as <u>Exhibit B</u> is a schedule specifying the categories of expenses for which Jenner is seeking reimbursement and the total amount for each such expense category.

11.     <u>Exhibit C</u> itemizes all expenses incurred by Jenner on behalf of the Estate during the Application Period.

12.     All of the services for which compensation is sought were rendered to the Trustee solely in connection with the case, in furtherance of the duties and functions of the Trustee, and not on behalf of any individual creditor or other person.

13.    Jenner has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

14.    Jenner has not shared, or agreed to share, (a) any compensation it has received or may receive with another party or person, other than with the members, counsel, and associates of the firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by Jenner or any member thereof as to compensation in connection with these cases aside from that provided by the Bankruptcy Code.

15.    The Trustee has reviewed and approved Jenner's monthly fee statements prior to the filing of this Application.

16.    To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Application Period, but were not processed prior to the preparation of the Application, Jenner reserves the right to request additional compensation for such services and reimbursement of such expenses.

## BASIS FOR PAYMENT

17.    Professional services and expenses for which compensation and reimbursement are sought were rendered and expended on behalf of the Trustee pursuant to chapter 7 of the Bankruptcy Code.  Jenner believes it is appropriate that it be compensated for the time spent and reimbursed for the expenses incurred in connection with these matters.  All of the fees and expenses sought to be paid or reimbursed in this Application were actual, necessary, and reasonable, and benefited the Debtor's estates and creditors.

5

18.     As set forth in Jenner's retention application, the Trustee retained Jenner as his counsel for the purpose of advising and representing the Trustee regarding the liquidation of estate property and the administration of the estate.

19.     Detailed descriptions of the day-to-day services provided and the time expended performing such services are attached as <u>Exhibit A</u>.

## **THE REQUESTED COMPENSATION SHOULD BE ALLOWED**

20.     The foregoing professional services rendered during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Case and were in the best interests of the Debtor's estate.  The compensation requested for the foregoing services is commensurate with the complexity, importance, and nature of the issues and tasks involved. Jenner has taken significant efforts to ensure that its professional services were performed with expedience, in an efficient manner, and without duplication of effort.

21.     In preparing this Application, Jenner calculated the amount of time spent by its attorneys and paraprofessionals in performing actual and necessary legal services for the Trustee. That data came directly from computer printouts that are kept on each Jenner client.  Time entries are kept on daily logs or on computer hard drives.  These entries are in turn used to produce the time records for this Application.  Jenner attorneys have reviewed the computer printouts for errors.

22.     Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including
>
> > (A)   the time spent on such services;
> >
> > (B)   the rates charged for such services;
> >
> > (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> >
> > (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
> >
> > (E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

23.   In the instant case, Jenner respectfully submits that the services for which it seeks compensation in this Application were necessary for and beneficial to the Trustee's efforts in administrating the Debtor's estate, and necessary to and in the best interests of the Debtor's estate.

24.   In sum, the services rendered by Jenner were necessary and beneficial to the Debtor's estates, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  Accordingly, approval of the final compensation sought herein for the Application Period is warranted.

WHEREFORE, Jenner respectfully requests: (i) allowance of compensation for professional services rendered during the Application Period in the amount of $13,037.00 in fees, (ii) allowance for actual and necessary expenses Jenner incurred during the Application Period in

the amount of $177.37; and (iii) authorization for the Trustee to pay Jenner for the professional

services rendered and expenses incurred during the Application Period.

Respectfully submitted,

RONALD R. PETERSON, not individually
but as Chapter 7 Case Trustee for the
bankruptcy estate of Carmelo J. Amella

By: _____/s/Ronald R. Peterson_____
                    Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381

Dated:  April 2, 2019

# EXHIBIT A

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

U.S. TRUSTEE - NO ASSET
ATTN: RONALD R. PETERSON
R.R. PETERSON, TRUSTEE OF
CARMELO AMELLA BANKRUPTCY ESTATE
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  37044

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2018:

**CARMELO AMELLA CHAPTER 7 BANKRUPTCY**                    **MATTER NUMBER - 11329**

| 11/23/15 | NEB | .30 | Met with R. Peterson re appearances to be entered before Cook County Chancellor, in Case Nos. 05553 and 06874, and an application to be filed in the reopened bankruptcy case to retain a professional and to have professional fees approved. | 114.00 |
|---|---|---|---|---|
| 11/23/15 | NEB | .40 | Reviewed documents relating to appearances in Cook County cases (Nos. 05553 and 06874). | 152.00 |
| 11/30/15 | RRP | .20 | Telephone conference with N. Ballen re motion to retain in C. Amella chapter 7 case. | 190.00 |
| 11/30/15 | NEB | 1.00 | Drafted and edited motion to retain asset recovery specialist as a professional in C. Amella chapter 7 case. | 380.00 |
| 12/01/15 | NEB | .50 | Revised motion to retain a professional (asset recovery specialist) in C. Amella chapter 7 case. | 190.00 |
| 12/03/15 | RRP | .30 | Reviewed, revised and returned pleadings prepared by N. Ballen. | 285.00 |
| 12/09/15 | NEB | .40 | Reviewed C. Amella dockets (state-court foreclosure actions), including past motions and orders, and confirmed tract record request for Union Street property. | 152.00 |
| 12/15/15 | NEB | .80 | Appeared at hearing re Trustee's motion to retain a professional in the C. Amella chapter 7 case. | 304.00 |
| 12/15/15 | MXSX | .30 | Email to N. Ballen with a copy of the tract book search for property: 3622 S. Union Avenue, Chicago, IL; review of email from N. Ballen re same. | 94.50 |
| 3/03/16 | NEB | .20 | Met with R. Peterson to discuss Amella cases. | 81.00 |

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 3/04/16 | NEB | 1.60 | Reviewed and annotated proposed settlement agreement in the C. Amella 5553 case. | 648.00 |
|---------|-----|------|----------|--------|
| 3/08/16 | NEB | .80 | Appeared in 5553 case; settlement agreed to in substance; continued. to 3/22/16 for signatures to be gathered. | 324.00 |
| 3/15/16 | NEB | .60 | Worked on drafting turnover petition for second foreclosure suit. (Amella) | 243.00 |
| 3/16/16 | NEB | .10 | Contacted attorney for bank to confirm final version of the settlement before having it executed. (Amella) | 40.50 |
| 3/17/16 | RRP | .10 | Office conference with N. Ballen re redemption of foreclosure of property. (Amella) | 97.50 |
| 3/21/16 | NEB | .20 | Continued work on drafting of motion for order authorizing receipt of surplus fund. | 81.00 |
| 3/22/16 | RRP | .40 | Reviewed settlement agreement and telephone conference with R. Benjamin re social security number for debtor. | 390.00 |
| 3/22/16 | NEB | 1.00 | Appeared at hearing re approval of settlement. | 405.00 |
| 4/04/16 | NEB | 1.30 | Drafted and revised motion to authorize trustee to receive distribution of surplus funds. (Amella) | 526.50 |
| 4/05/16 | NEB | .60 | Continued  drafting and revising 105(a) motion. | 243.00 |
| 4/06/16 | RRP | .50 | Office conference with N. Ballen re missing money and received check from Cook County Clerk's office. (Amella) | 487.50 |
| 4/22/16 | RRP | .20 | Office conference with Nick re status of case. (Amella) | 195.00 |
| 4/22/16 | NEB | .20 | Met with R. Peterson to review and discuss the motion authorizing distribution of surplus funds in state court. | 81.00 |
| 4/22/16 | NEB | .20 | Began editing motion authorizing distribution of surplus funds based on meeting re the same. | 81.00 |
| 4/25/16 | NEB | .70 | Edited motion authorizing distribution of surplus funds. | 283.50 |
| 4/27/16 | NEB | .40 | Made final revisions to surplus distribution authorization motion, met with R. Peterson re the same, and caused the same to be filed. | 162.00 |
| 4/27/16 | NEB | .90 | Began drafting motion to retain J&B as trustee's counsel in the bankruptcy case. (Amella) | 364.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/27/16 | TDH | 1.00 | Finalized and ECF filed motion to authorize for Amella matter; service of same. | 340.00 |
| 4/29/16 | NEB | .40 | Prepared conflicts check for retention motion and made revisions to the motion. | 162.00 |
| 5/03/16 | NEB | 1.00 | Continued drafting and revising motion to retain counsel in Amella case. | 405.00 |
| 5/05/16 | RRP | .20 | Reviewed application to retain Jenner & Block. (Amella) | 195.00 |
| 5/10/16 | TDH | .70 | Finalized and ECF filed and service of motion to retain. | 238.00 |
| 5/17/16 | NEB | .20 | Prepared for upcoming hearing. | 81.00 |
| 5/18/16 | NEB | .90 | Presented motion in bankruptcy court for order authorizing distribution of surplus funds; granted. | 364.50 |
| 5/18/16 | NEB | 1.40 | Began preparing and revising petition for turnover of foreclosure sale proceeds in Cook County Circuit Court. | 567.00 |
| 5/19/16 | NEB | .20 | Met with R. Peterson to discuss drafting of state court petition for surplus from foreclosure sale and began revising petition accordingly. | 81.00 |
| 5/30/16 | NEB | 1.60 | Made extensive revisions to the state court petition to turnover surplus funds. | 648.00 |
| 6/02/16 | NEB | .80 | Presented motion to retain counsel for the trustee; granted. | 324.00 |
| 6/02/16 | NEB | .20 | Prepared for meeting with and met with R. Peterson re results of hearing and next steps in the case. | 81.00 |
| 6/03/16 | NEB | .30 | Proofed petition for turnover of surplus funds and caused the same to be filed. | 121.50 |
| 6/14/16 | NEB | 1.30 | Presented petition for surplus funds from foreclosure. | 526.50 |
| 7/18/16 | NEB | 1.00 | Drafted and revised motion to approve fees for asset recovery specialist. | 405.00 |
| 7/25/16 | NEB | .20 | Revised application for compensation for asset recovery specialist. | 81.00 |
| 8/02/16 | TDH | .50 | Finalized and ECF filed fee application. | 170.00 |
| 8/25/16 | NEB | .80 | Presented motion to approve professionals fees for Urban Asset Recovery Solutions. | 324.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 9/12/16 | NEB | .10 | Reviewed emails from professional employed by the trustee re issues with manner of compensation and responded to the same. | 40.50 |
| 9/15/16 | NEB | .30 | Communicated with A. Elliott re compensation issues, and followed up with R. Peterson re the same. | 121.50 |
| 9/19/16 | NEB | .10 | Fielded call from A. Elliott re compensation. | 40.50 |
| 9/25/16 | NEB | .40 | Drafted motion to correct compensation order. | 162.00 |
| 9/26/16 | NEB | .30 | Continued drafting the motion to correct compensation order. | 121.50 |
| 10/03/16 | TDH | .50 | Finalized and ECF filed motion to correct. | 170.00 |
| 10/07/16 | NEB | .10 | Followed up with A. Elliott re upcoming hearing. | 40.50 |
| 10/11/16 | NEB | .80 | Prepared for hearing on and presented 60(b)(2) motion, and reported results of the hearing. | 324.00 |
| 7/14/17 | NEB | .40 | Assisted A. Gabay with search for creditor and party-in-interest addresses for renewed notice re remaining assets to be distributed. | 204.00 |
| 8/02/17 | RRP | .10 | Telephone conference with attorney for creditor re filing proof of claim. | 102.50 |
| | | 30.00 | PROFESSIONAL SERVICES | $ 13,037.00 |

**SUMMARY OF CARMELO AMELLA CHAPTER 7 BANKRUPTCY**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RONALD R. PETERSON | .10 | 1,025.00 | 102.50 |
| RONALD R. PETERSON | 1.40 | 975.00 | 1,365.00 |
| RONALD R. PETERSON | .50 | 950.00 | 475.00 |
| NICHOLAS E. BALLEN | .40 | 510.00 | 204.00 |
| NICHOLAS E. BALLEN | 21.20 | 405.00 | 8,586.00 |
| NICHOLAS E. BALLEN | 3.40 | 380.00 | 1,292.00 |
| TOI D. HOOKER | 2.70 | 340.00 | 918.00 |
| MONICA SEGURA | .30 | 315.00 | 94.50 |
| TOTAL | 30.00 | | $ 13,037.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 5/26/16 | Corporate Document Expense - Certified Copy Fees - N. Ballen - 5/23/2016 | 11.10 |
| 6/03/16 | Postage Nque | 21.36 |
| 7/07/16 | Pacer Charges; PACER SERVICE CENTER; 07/07/2016 | 4.00 |
| 7/13/16 | Photocopy Expense; Elan Corp Payments; 6/27/16; Pripusich 6/16 Stmt; Copy of Deed for Nicholas Ballen; 6/1/16 | 4.00 |
| 8/02/16 | Postage Nque | 4.71 |
| 8/02/16 | B&W Copy | 7.48 |
| 9/30/16 | Westlaw Research | 98.93 |
| 10/03/16 | Postage Nque | 3.45 |
| 10/03/16 | B&W Copy | 2.97 |
| 10/05/16 | B&W Copy | 5.94 |
| 10/25/16 | UPS tracking# 1Z613438A492183545  Inv# 00000613438446 | 12.43 |
| 1/09/17 | Pacer Charges; PACER SERVICE CENTER; 01/09/2017 | 1.00 |
| | TOTAL DISBURSEMENTS | $ 177.37 |

| | |
|---|---:|
| MATTER 11329 TOTAL | $ 13,214.37 |
| TOTAL INVOICE | $ 13,214.37 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RONALD R. PETERSON | .10 | 1,025.00 | 102.50 |
| RONALD R. PETERSON | 1.40 | 975.00 | 1,365.00 |
| RONALD R. PETERSON | .50 | 950.00 | 475.00 |
| NICHOLAS E. BALLEN | .40 | 510.00 | 204.00 |
| NICHOLAS E. BALLEN | 21.20 | 405.00 | 8,586.00 |
| NICHOLAS E. BALLEN | 3.40 | 380.00 | 1,292.00 |
| TOI D. HOOKER | 2.70 | 340.00 | 918.00 |
| MONICA SEGURA | .30 | 315.00 | 94.50 |
| TOTAL | 30.00 | | $ 13,037.00 |

# EXHIBIT B

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNT |
|---|---|
| Certified Copy Fees | $11.10 |
| Pacer Charges | $5.00 |
| Photocopy & Related Expenses | $20.39 |
| Postage | $29.52 |
| UPS | $12.43 |
| Westlaw | $98.93 |
| **TOTAL DISBURSEMENT** | **$177.37** |

# EXHIBIT C

**J**ENNER & **B**LOCK **LLP**
LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 5/26/16 | Corporate Document Expense - Certified Copy Fees - N. Ballen - 5/23/2016 | 11.10 |
| 6/03/16 | Postage Nque | 21.36 |
| 7/07/16 | Pacer Charges; PACER SERVICE CENTER; 07/07/2016 | 4.00 |
| 7/13/16 | Photocopy Expense; Elan Corp Payments; 6/27/16; Pripusich 6/16 Stmt; Copy of Deed for Nicholas Ballen; 6/1/16 | 4.00 |
| 8/02/16 | Postage Nque | 4.71 |
| 8/02/16 | B&W Copy | 7.48 |
| 9/30/16 | Westlaw Research | 98.93 |
| 10/03/16 | Postage Nque | 3.45 |
| 10/03/16 | B&W Copy | 2.97 |
| 10/05/16 | B&W Copy | 5.94 |
| 10/25/16 | UPS tracking# 1Z613438A492183545  Inv# 00000613438446 | 12.43 |
| 1/09/17 | Pacer Charges; PACER SERVICE CENTER; 01/09/2017 | 1.00 |
| | TOTAL DISBURSEMENTS | $ 177.37 |