# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Carmelo J. Amella | § | Case No. 13-26329 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/09/2019 in Courtroom 680,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/02/2019            By: /s/ Ronald R. Peterson
                                        Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In Re: §
§
Carmelo J. Amella § Case No. 13-26329
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 80,186.24 |
| and approved disbursements of | $ | 22,494.13 |
| leaving a balance on hand of[1] | $ | 57,692.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 7,259.31 | $ 0.00 | $ 7,259.31 |
| Trustee Expenses: RONALD R. PETERSON | $ 94.49 | $ 0.00 | $ 94.49 |
| Attorney for Trustee Expenses: JENNER & BLOCK | $ 13,214.37 | $ 0.00 | $ 13,214.37 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 20,568.17 |
| Remaining Balance | $ | 37,123.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 278,331.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $ 321.13 | $ 0.00 | $ 42.83 |
| 2 | City Of Chicago | $ 6,917.59 | $ 0.00 | $ 922.67 |
| 3 | Byline Bank | $ 167,943.61 | $ 0.00 | $ 22,400.40 |
| 4 | Byline Bank | $ 103,148.82 | $ 0.00 | $ 13,758.04 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 37,123.94 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson

Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CARMELO J. AMELLA, | ) | Case No. 13-26329 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing:  May 9, 2019 |
| | | 9:30 a.m. |

**<u>CERTIFICATE OF SERVICE</u>**

I, Ronald R. Peterson, an attorney, certify that on Tuesday, April 2, 2018, I caused a copy of the foregoing **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.

    /s/  *Ronald R. Peterson*
                Ronald R. Peterson

## SERVICE LIST

*In re Carmelo J. Amella*

Case No. 13-26329

### VIA ECF NOTIFICATION:

- Robert R Benjamin    rrbenjamin@gct.law,
  mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law;r613
  90@notify.bestcase.com
- Miranda E Byrd    mbyrd@kpglaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com
- Ronald R Peterson    rpeterson@jenner.com,
  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Toni Townsend    toni.townsend@mccalla.com, northerndistrict@mccalla.com

### VIA U.S. MAIL:

Bank of America
PO Box 650070
Dallas, TX 75265-0070

Byline Bank
c/o Robert Wilson
180 North LaSalle Street, Suite 300
Chicago, IL 60601-3110

Chicago Community Bank
1110 West 35th Street
Chicago, IL 60609-1442

City of Chicago
121 North LaSalle Street, Suite 400
Chicago, IL 60602-1264

City of Chicago Building Department
30 North LaSalle Street, Suite 700
Chicago, IL 60602-2503

City of Chicago Building Department
City of Chicago Department of Law
30 North LaSalle Street, Suite 700
Chicago, IL 60602-2503

City of Chicago Water Department
Attn: Billing
121 North LaSalle Street, Room 107A
Chicago, IL 60602-1232

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Company
Attn: Bankruptcy Department
1919 Swift Drive
Oakbrook Terrace, IL 60523-1502

Greentree Servicing LLC
Bankruptcy Department
P O Box 6154
Rapid City, SD 57709-6154

Green Tree Servicing LLC
P.O. Box 0049
Palatine, IL 60055-0049

Homesteps Asset Services,
A Unit Of Freddie Mac
5000 Plano Parkway
Carrollton, TX 75010-4902

IndyMac Federal Bank
c/o IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003-4045

John Sabbia
439 West 37th Street
Chicago, IL 60609-1714

Lance Levine
3622 South Union
Chicago, IL 60609-1665

Metro Bank as successor to
Chicago Community Bank
3322 South Oak Park
Berwyn, IL 60402-4500

Metro Bank, fka Cit Comm Bank,
 SBM to Chi Comm Bank
c/o Martin & Karcazes
161 North Clark Street, Suite 550
Chicago, IL 60601-3206

Metrobank
3322 South Oak Park
Berwyn, IL 60402-4500

Peoples Gas
P.O. Box 19100
Green Bay, WI 54307-910

State Farm Insurance Support Center
P.O. Box 680001
Dallas, TX 75368-0001

Verliance, Inc.
43525 Ridge Park Drive, Suite 300
Temecula, CA 92590-3682

Robert R. Benjamin
Golan Christie Taglia LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602-4265

Carmelo J. Amella
2826 South Emerald Street
Chicago, IL 60616-2529

Kelley Kuntz
Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL  60527

Robert R. Benjamin
Golan & Christie, LLP
70 West Madison Street, Suite 1500
Chicago, IL  60602

Dawn Amella
2826 South Emerald Avenue
Chicago, IL  60616

North Community Bank
3639 North Broadway
Chicago, IL  60613

John P. Sabbia
439 West 37th Street
Chicago, IL  60609

2

Dorothy Brown
Clerk of the Circuit Court
Richard J. Daley Center, Room 101
50 West Washington Street
Chicago, IL  60602

Byline Bank
c/o Miranda E. Byrd
Kaplan Papadakis & Gournis, PC
180 North LaSalle Street, Suite 2108
Chicago, IL 60601

Ocwen Loan Servicing, LLC
c/o Andrew J. Nelson
Pierce & Associates
One North Dearborn, Suite 1300
Chicago, IL  60602

Toni Townsend
Pierce & Associates, P.C.
1 North Dearborn Street, Suite 1300
Chicago, IL  60602

Chun H Chan & Sue Chan
2940 South Poplar Avenue
Chicago, IL  60608

Homesteps Asset Services
c/o Toni Townsend
Pierce & Associates
One North Dearborn, Suite 1300
Chicago, IL  60602

Miranda E. Byrd
Kaplan Papadakis
 & Gournis, P.C.
180 North LaSalle Street, Suite 2108
Chicago, IL  60601

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

3